PROB 12C
(7/93)

Report Date: January 15, 2014

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Matthew Eveland          Case Number: 2:11CR00140-001

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Frank C. Damrell, Jr., U.S. District Judge, ED/CA
Name of Supervising Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge, ED/WA

Date of Original Sentence: March 20, 2006

| | |
|---|---|
| Original Offense: | Possession of One or More Matters Containing Visual Depictions of Minors Engaged in Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(4)(B) |
| Original Sentence: | Prison 59 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office |
| | Date Supervision Commenced: August 30, 2010 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: August 29, 2015 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 23**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You shall not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, and credit cards. |
| | **Supporting Evidence**: On January 3, 2014, Mr. Eveland called the undersigned officer to report he had accessed pornography on his girlfriend's tablet computer. On January 6, 2014, Mr. Eveland and his girlfriend brought the tablet computer to the undersigned officer and turned it over to the U.S. Probation Office to be searched. The tablet computer was then forwarded to the Spokane County Sheriff's Office so the contents could be searched for possible law violations. The search revealed that numerous pornographic images were searched and downloaded onto the tablet computer. Mr. Eveland admitted to the undersigned officer that he had accessed pornography for approximately 3 weeks. |

Prob12C
Re: Eveland, Matthew
January 14, 2014
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/15/2014

s/Patrick J. Dennis

Patrick J Dennis
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  Other

*Fred Van Sickle*

Signature of Judicial Officer

1/16/14
Date